Rockingham, }
Dec. 26, 1907. }

### SHUTE   v.   BARTLETT, *Adm'r, & a.*

BILL IN EQUITY, to redeem from a mortgage given by the plaintiff to Morrison, the defendant Bartlett's intestate. The condition of the mortgage is that it shall be void if Shute pays the taxes on the property and the sum of $15 per month to Morrison during life, and keeps the buildings in repair and insured for Morrison's benefit. Shute having failed to make the required payments, Morrison took peaceable possession for the purpose of foreclosing the mortgage, but died before the foreclosure was complete. Shute demanded of the administrator an account of the amount due on the mortgage, and brought this action upon a refusal to furnish it. The question of Shute's right to redeem was transferred by *Wallace*, C. J., from the April term, 1907, of the superior court.

*Edwin B. Weston*, for the plaintiff.

*John G. Crawford*, for the defendants.

YOUNG, J. No reason occurs to the court, and none has been suggested, why mortgages of this kind are not governed by sections 4 to 13, chapter 139, Public Statutes; for the relation of the parties contemplated by the contract is not so personal in its nature that neither of them can assign his interest in the property without the consent of the other. *Pattee* v. *Boynton*, 73 N. H. 525.

*Case discharged.*

All concurred.